UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| HUDSON, WILLIAM CHARLES | § | Case No. 15-90156 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Stephen J. Zayler, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 994,860.00                     Assets Exempt: 25,668.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 260,297.21     Claims Discharged
                                                  Without Payment: 411,608.61

Total Expenses of Administration: 66,944.48

3) Total gross receipts of $ 327,241.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 327,241.69 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 85,211.65 | $ 85,211.65 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 66,944.48 | 66,944.48 | 66,944.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 155.21 | 155.21 | 155.21 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 671,750.61 | 671,750.61 | 260,142.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 824,061.95 | $ 824,061.95 | $ 327,241.69 |

4) This case was originally filed under chapter 13 on 06/18/2015, and it was converted to chapter 7 on 08/06/2015. The case was pending for 63 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/24/2020     By:/s/Stephen J. Zayler
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE | 1110-000 | 2,542.15 |
| **REAL ESTATE | 1121-000 | 27,614.66 |
| Partnership Interest - Hudson Family Enterprises, | 1129-000 | 297,084.88 |
| **TOTAL GROSS RECEIPTS** | | **$ 327,241.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | THE COMANCHE NATIONAL BANK | 4110-000 | NA | 27,477.24 | 27,477.24 | 0.00 |
| 000014 | THE COMANCHE NATIONAL BANK | 4110-000 | NA | 27,168.12 | 27,168.12 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FORD MOTOR CREDIT COMPANY LLC | 4210-000 | NA | 25,787.26 | 25,787.26 | 0.00 |
| 000003 | PERITUS PORTFOLIO SERVICES II, LLC | 4210-000 | NA | 4,779.03 | 4,779.03 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 85,211.65 | $ 85,211.65 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:STEPHEN J. ZAYLER | 2100-000 | NA | 10,635.30 | 10,635.30 | 10,635.30 |
| TRUSTEE EXPENSES:STEPHEN J. ZAYLER | 2200-000 | NA | 529.53 | 529.53 | 529.53 |
| GEORGE ADAMS AND COMPANY | 2300-000 | NA | 510.00 | 510.00 | 510.00 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 4,388.64 | 4,388.64 | 4,388.64 |
| U. S. BANKRUPTCY COURT | 2700-000 | NA | 181.00 | 181.00 | 181.00 |
| INTERNAL REVENUE SERVICE | 2810-000 | NA | 30,022.00 | 30,022.00 | 30,022.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):STEPHEN J. ZAYLER | 3110-000 | NA | 18,270.00 | 18,270.00 | 18,270.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):STEPHEN J. ZAYLER | 3120-000 | NA | 833.01 | 833.01 | 833.01 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):SANDRA D. SORRELL, CPA | 3410-000 | NA | 1,575.00 | 1,575.00 | 1,575.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 66,944.48 | $ 66,944.48 | $ 66,944.48 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 155.21 | 155.21 | 155.21 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 155.21 | $ 155.21 | $ 155.21 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017 | ALAN DOYLE LUCAS | 7100-000 | NA | 250,000.00 | 250,000.00 | 191,327.61 |
| 000013 | BUTTERY COMPANY, LLP | 7100-000 | NA | 9,345.16 | 9,345.16 | 7,487.51 |
| 000015 | DIRECT CAPITAL CORP. | 7100-000 | NA | 14,880.75 | 14,880.75 | 5,563.86 |
| 000004 | DISCOVER BANK | 7100-000 | NA | 1,404.56 | 1,404.56 | 525.16 |
| 000009 | FARMERS STATE BANK | 7100-000 | NA | 328,723.02 | 328,723.02 | 36,665.38 |
| 000010 | FARMERS STATE BANK | 7100-000 | NA | 8,054.66 | 8,054.66 | 898.41 |
| 000011 | FARMERS STATE BANK | 7100-000 | NA | 21,841.97 | 21,841.97 | 2,436.22 |
| 000006 | FORD MOTOR CREDIT COMPANY LLC | 7100-000 | NA | 3,379.62 | 3,379.62 | 1,263.63 |
| 000007 | FORD MOTOR CREDIT COMPANY LLC | 7100-000 | NA | 4,555.84 | 4,555.84 | 1,703.41 |
| 000008 | FORD MOTOR CREDIT COMPANY LLC | 7100-000 | NA | 3,200.03 | 3,200.03 | 1,196.48 |
| 19B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 5,467.65 | 5,467.65 | 4,380.77 |
| 000012 | LOUISIANA DEPARTMENT OF REVENUE | 7100-000 | NA | 4,472.56 | 4,472.56 | 1,672.27 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | MARK PORTER | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000016 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 13,429.63 | 13,429.63 | 5,021.29 |
| 000001 | SUNTRUST BANK | 7100-000 | NA | 2,995.16 | 2,995.16 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 671,750.61 | $ 671,750.61 | $ 260,142.00 |

Case No: 15-90156 BP9 Judge: BILL PARKER  
Case Name: HUDSON, WILLIAM CHARLES  
For Period Ending: 09/16/20  

Trustee Name: Stephen J. Zayler  
Date Filed (f) or Converted (c): 08/06/15 (c)  
341(a) Meeting Date: 09/11/15  
Claims Bar Date: 12/21/15  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. REAL ESTATE | 50,000.00 | 22,522.76 | OA | 2,542.15 | FA | 27,477.24 | 0.00 |
| Rental Property - 1911 S.W. 21st Street, Mineral Wells, Texas | | | | | | | |
| 2. **REAL ESTATE | 2,000.00 | 25,000.00 | | 27,614.66 | FA | 0.00 | 2,000.00 |
| Vacant Lot -- 1.5 acres of land in Mineral Wells, Texas, located in the Brazos West Subdivision | | | | | | | |
| 3. CASH ON HAND | 2,168.00 | 0.00 | | 0.00 | FA | 0.00 | 2,168.00 |
| 4. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA | 0.00 | 3,000.00 |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 6. STOCK | 775,000.00 | 230,092.48 | | 0.00 | FA | 544,907.52 | 0.00 |
| Hudson Acquisitions, Inc. -- 100% of Stock in this entity, which primarily holds the assets of Hudson's business, Nacogdoches Hardware and Rental. Owns approx. $500,000.00 in inventory, cash on hand from the operation of the business, and two parcels of real property that secure obligations to Farmers Bank | | | | | | | |
| 7. Partnership Interest - Hudson Family Enterprises, | 20,000.00 | 100,000.00 | | 297,084.88 | FA | 0.00 | 0.00 |
| owns 1/3 interest; solely holds mineral interests that were inherited | | | | | | | |
| **Trustee value has been estimated for reporting purpposes. It may or may not be accurate | | | | | | | |
| 8. Partnership Interest -- WFS Management LLC | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| Owns 1/3 interest in this LLC, entity manages Hudson Family Enterprises, LP and has no tangible value | | | | | | | |
| 9. NOTE RECEIVABLE | 140,000.00 | 60,000.00 | | 0.00 | FA | 80,000.00 | 0.00 |
| From JTS Realty LLC in the original amount of $160,000.00 | | | | | | | |

| Case No: | 15-90156 BP9 Judge: BILL PARKER | Trustee Name: | Stephen J. Zayler |
|---|---|---|---|
| Case Name: | HUDSON, WILLIAM CHARLES | Date Filed (f) or Converted (c): | 08/06/15 (c) |
| | | 341(a) Meeting Date: | 09/11/15 |
| | | Claims Bar Date: | 12/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 10. AUTOMOBILE  2013 Ford Focus | 8,000.00 | 0.00 | | 0.00 | FA | 0.00 | 8,000.00 |
| 11. AUTOMOBILE  2010 Mazda MX5 | 10,000.00 | 0.00 | | 0.00 | FA | 0.00 | 10,000.00 |
| 12. AUTOMOBILE  2014 F350 Van | 24,500.00 | 0.00 | | 0.00 | FA | 25,787.26 | 0.00 |
| 13. TRAVEL TRAILER  2007 Summerland Model 2600TB | 5,360.00 | 580.97 | | 0.00 | FA | 4,779.03 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,040,528.00 | $438,196.21 | $327,241.69 | $0.00 | $682,951.05 | $25,668.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets have been administered. Trustee submitted tax returns with payment to IRS. Payment was applied to wrong account by IRS and Trustee has just resolved this issue and is preparing TFR.

TFR filed 8/5/19

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 06/30/19

_____    Date: _____
Stephen J. Zayler

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-90156 -BP9 | | Trustee Name: | Stephen J. Zayler |
| Case Name: | HUDSON, WILLIAM CHARLES | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | *******2199 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4740 | | | |
| For Period Ending: | 09/16/20 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/16 | 7 | HUDSON FAMILY ENTERPRISES, LP P. O. Box 392 Center, TX 75935 | MINERAL INTEREST PAYMENT | 1129-000 | 20,583.76 | | 20,583.76 |
| 10/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 20,573.76 |
| 10/12/16 | 7 | HUDSON FAMILY ENTERPRISES, LP P. O. Box 392 Center, TX 75935 | MINERAL INTEREST PAYMENT | 1129-000 | 640.00 | | 21,213.76 |
| 11/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.17 | 21,191.59 |
| 11/08/16 | 7 | HUDSON FAMILY ENTERPRISES, LP P. O. Box 392 Center, TX 75935 | MINERAL INTEREST PAYMENT | 1129-000 | 966.00 | | 22,157.59 |
| 12/06/16 | 2 | DUSTIN & BETSIE DANSBY 200 Live Oak Dr. Mineral Wells, TX 76067-1776 | NOTE RECEIVABLE | 1121-000 | 328.80 | | 22,486.39 |
| 12/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 22.47 | 22,463.92 |
| 12/21/16 | 7 | HUDSON FAMILY ENTERPRISES P. O. Box 392 Center, TX 75935 | MINERAL INTEREST PAYMENT | 1129-000 | 644.91 | | 23,108.83 |
| 01/09/17 | 7 | HUDSON FAMILY ENTERPRISES, LP P. O. Box 392 Center, TX 75935 | MINERAL INTEREST PAYMENT | 1129-000 | 682.00 | | 23,790.83 |
| 01/09/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 24.00 | 23,766.83 |
| 01/12/17 | 2 | DUSTIN DANSBY BETSEY DANSBY 200 Live Oak Dr. Mineral Wells, TX 76067-1776 | NOTE RECEIVABLE | 1121-000 | 328.80 | | 24,095.63 |
| 01/12/17 | 2 | DUSTIN DANSBY BETSIE DANSBY | NOTE RECEIVABLE | 1121-000 | 328.80 | | 24,424.43 |

Page Subtotals  24,503.07  78.64

Ver: 22.02e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-90156 -BP9 | | Trustee Name: | Stephen J. Zayler |
| Case Name: | HUDSON, WILLIAM CHARLES | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | *******2199 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4740 | | | |
| For Period Ending: | 09/16/20 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/17 | 2 | ELLIOTT & WALDRON ABSTRACT CO.<br>403 South Oak<br>Mineral Wells, TX  76067<br>200 Live Oak Dr.<br>Mineral Wells, TX  76067-1776 | PAYOFF OF REAL ESTATE NOTE | 1121-000 | 26,628.26 | | 51,052.69 |
| 02/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 25.48 | 51,027.21 |
| 03/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 44.38 | 50,982.83 |
| 04/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 54.13 | 50,928.70 |
| 05/05/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 52.34 | 50,876.36 |
| 06/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 54.02 | 50,822.34 |
| 07/10/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 52.23 | 50,770.11 |
| 07/12/17 | 7 | HUDSON FAMILY ENTERPRISES, LP<br>P. O. Box 392<br>Center, TX   75935 | MINERAL INTEREST PAYMENT | 1129-000 | 5,066.48 | | 55,836.59 |
| 08/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 57.39 | 55,779.20 |
| 09/08/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 59.23 | 55,719.97 |
| 10/06/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 57.26 | 55,662.71 |
| 11/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 59.10 | 55,603.61 |
| 12/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 57.14 | 55,546.47 |
| 01/08/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 58.98 | 55,487.49 |
| 02/06/18 | 7 | HUDSON FAMILY ENTERPRISES, LP<br>P. O. BOX 392<br>Center, TX   75935 | MINERAL INTEREST PAYMENT | 1129-000 | 40,698.04 | | 96,185.53 |
| 02/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 58.92 | 96,126.61 |
| 03/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 83.83 | 96,042.78 |
| 03/20/18 | 7 | HUDSON FAMILY ENTERPRISES, LP<br>P. O. Box 392<br>Cener, TX   75935 | MINERAL INTEREST PAYMENT | 1129-000 | 867.00 | | 96,909.78 |
| 04/06/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 102.31 | 96,807.47 |
| | | | Page Subtotals | | 73,259.78 | 876.74 | |

Ver: 22.02e

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-90156 -BP9 | | Trustee Name: | Stephen J. Zayler |
| Case Name: | HUDSON, WILLIAM CHARLES | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | *******2199 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4740 | | | |
| For Period Ending: | 09/16/20 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 99.48 | 96,707.99 |
| 06/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 102.69 | 96,605.30 |
| 07/09/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 99.27 | 96,506.03 |
| 08/06/18 | 7 | VENDERA RESOURCES II LP<br>2602 McKinney Avenue, Suite 200<br>DALLAS, TX 75204 | PURCHASE MINERAL INTEREST | 1129-000 | 57,657.50 | | 154,163.53 |
| * 08/06/18 | | VENDERA ANAGEMENT II LLC<br>2602 McKinney Avenue, Ste. 200<br>Dallas, TX 75204 | PURCHASE MINERAL INTEREST | 1129-003 | 165,643.17 | | 319,806.70 |
| * 08/06/18 | | VENDERA ANAGEMENT II LLC<br>2602 McKinney Avenue, Ste. 200<br>Dallas, TX 75204 | PURCHASE MINERAL INTEREST<br>Reversed due to incorrect amount in error (Should be $165,843.17) | 1129-003 | -165,643.17 | | 154,163.53 |
| 08/06/18 | 7 | VENDERA MANAGEMENT II LLC<br>2602 McKinney Ave., Ste. 200<br>Dallas, TX 75204 | PURCHASE MINERAL INTEREST | 1129-000 | 165,843.17 | | 320,006.70 |
| 08/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 102.48 | 319,904.22 |
| 08/13/18 | 7 | HUDSON FAMILY ENTERPRISES, LP<br>P. O. BOX 192<br>CENTER, TX 75935 | MINERAL INTEREST PAYMENT | 1129-000 | 3,436.02 | | 323,340.24 |
| 08/14/18 | 010001 | GEORGE ADAMS AND COMPANY<br>4501 Cartwright Road<br>Suite 402<br>Missouri City,TX 77459 | BOND PREMIUM | 2300-000 | | 510.00 | 322,830.24 |
| 09/10/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 326.26 | 322,503.98 |
| 10/01/18 | 010002 | STEPHEN J. ZAYLER<br>ATTORNEY AT LAW<br>P. O. BOX 150743<br>LUFKIN, TX 75915-0743 | ATTORNEY FEES & EXPENSES<br>Per Order # 133 dated 09/28/18 | | | 19,103.01 | 303,400.97 |
| | | | Fees     18,270.00 | 3110-000 | | | |

Page Subtotals    226,936.69    20,343.19

Ver: 22.02e

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-90156 -BP9 | Trustee Name: | Stephen J. Zayler |
| Case Name: | HUDSON, WILLIAM CHARLES | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******2199 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4740 | | |
| For Period Ending: | 09/16/20 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses          833.01 | 3120-000 | | | |
| 10/05/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 331.44 | 303,069.53 |
| 11/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 322.45 | 302,747.08 |
| 12/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 311.11 | 302,435.97 |
| 12/12/18 | 010003 | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | Fiduciary Taxes<br>Per Court Order 11/16/2018 | 2810-000 | | 30,022.00 | 272,413.97 |
| 12/12/18 | 010004 | SANDRA D. SORRELL, CPA<br>5032 Champions Drive<br>Lufkin, TX 75902 | ACCOUNTANT FEES<br>Per Order 11/16/18; #137 | 3410-000 | | 1,575.00 | 270,838.97 |
| 01/08/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 320.39 | 270,518.58 |
| 02/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 301.67 | 270,216.91 |
| 03/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 259.17 | 269,957.74 |
| 03/11/19 | 1 | Spirit of Texas Bank<br>626 University Drive East<br>College Station, TX 77840 | EXCESS FUND FROM SALE<br>Excess funds from sale of foreclosed property | 1110-000 | 2,542.15 | | 272,499.89 |
| 04/05/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 288.39 | 272,211.50 |
| 05/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 279.71 | 271,931.79 |
| 06/07/19 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 288.75 | 271,643.04 |
| 09/10/19 | 010005 | Stephen J. Zayler<br>P. O. Box 150743<br>Lufkin, TX 75901 | Chapter 7 Compensation/Fees | 2100-000 | | 19,612.08 | 252,030.96 |
| 09/10/19 | 010006 | Stephen J. Zayler<br>P. O. Box 150743<br>Lufkin, TX 75901 | Chapter 7 Expenses | 2200-000 | | 529.53 | 251,501.43 |
| 09/10/19 | 010007 | U. S. BANKRUPTCY COURT<br>300 Willow Street, Suite 100<br>Beaumont, Texas 77701 | Clerk of the Courts Costs (includes | 2700-000 | | 181.00 | 251,320.43 |
| 09/10/19 | 010008 | Internal Revenue Service | Claim 000019A, Payment 100.00000% | 5800-000 | | 155.21 | 251,165.22 |

Page Subtotals    2,542.15    54,777.90

Ver: 22.02e

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-90156 -BP9 | | Trustee Name: | Stephen J. Zayler |
|---|---|---|---|---|
| Case Name: | HUDSON, WILLIAM CHARLES | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | *******2199 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4740 | | | |
| For Period Ending: | 09/16/20 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/10/19 | 010009 | P.O. Box 7346<br>Philadelphia 19101<br>Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000004, Payment 100.00000% | 7100-000 | | 1,404.56 | 249,760.66 |
| 09/10/19 | 010010 | SunTrust Bank<br>Attn. Support Services<br>P.O. Box 85092<br>Richmond, VA 23286 | Claim 000001, Payment 80.12160% | 7100-000 | | 2,399.77 | 247,360.89 |
| 09/10/19 | 010011 | Ford Motor Credit Company LLC<br>PO Box 62180<br>Colorado Springs, CO 80962 | Claim 000006, Payment 80.12173% | 7100-000 | | 2,707.81 | 244,653.08 |
| 09/10/19 | 010012 | Ford Motor Credit Company LLC<br>PO Box 62180<br>Colorado Springs, CO 80962 | Claim 000007, Payment 80.12178% | 7100-000 | | 3,650.22 | 241,002.86 |
| 09/10/19 | 010013 | Ford Motor Credit Company LLC<br>PO Box 62180<br>Colorado Springs, CO 80962 | Claim 000008, Payment 80.12175% | 7100-000 | | 2,563.92 | 238,438.94 |
| 09/10/19 | 010014 | Louisiana Department of Revenue<br>Bankruptcy Section<br>P. O. Box 66658<br>Baton Rouge, LA 70896-6658 | Claim 000012, Payment 80.12168% | 7100-000 | | 3,583.49 | 234,855.45 |
| 09/10/19 | 010015 | Buttery Company, LLP<br>201 West Main<br>Llano, TX 78643 | Claim 000013, Payment 80.12180% | 7100-000 | | 7,487.51 | 227,367.94 |
| 09/10/19 | 010016 | Direct Capital Corp.<br>155 Commerce Way<br>Portsmouth, NH 03801 | Claim 000015, Payment 80.12177% | 7100-000 | | 11,922.72 | 215,445.22 |
| 09/10/19 | 010017 | PYOD, LLC its successors and assigns as | Claim 000016, Payment 80.12179% | 7100-000 | | 10,760.06 | 204,685.16 |

Page Subtotals    0.00    46,480.06

Ver: 22.02e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-90156 -BP9 | | Trustee Name: | Stephen J. Zayler |
| --- | --- | --- | --- | --- |
| Case Name: | HUDSON, WILLIAM CHARLES | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | *******2199 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4740 | | | |
| For Period Ending: | 09/16/20 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/10/19 | 010018 | assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 Alan Doyle Lucas c/o Bill Pedersen PO Box 630870 Nacogdoches, Texas 75963 | Claim 000017, Payment 80.12176% | 7100-000 | | 200,304.39 | 4,380.77 |
| * 09/10/19 | 010019 | Claims of Governmental Units | Claim 19B, Payment 80.12162% | 7100-003 | | 4,380.77 | 0.00 |
| * 09/10/19 | 010019 | Claims of Governmental Units | Claim 19B, Payment 80.12162% Incorrect name | 7100-003 | | -4,380.77 | 4,380.77 |
| 09/10/19 | 010020 | Internal Revenue Service P.O. Box 7346 Philadelphia 19101 | Claim 19B, Payment 80.12162% | 7100-000 | | 4,380.77 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 327,241.69 | 327,241.69 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 327,241.69 | 327,241.69 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 327,241.69 | 327,241.69 | |

Page Subtotals  0.00  204,685.16

Ver: 22.02e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

Exhibit 9

| Case No: | 15-90156 -BP9 | Trustee Name: | Stephen J. Zayler |
|---|---|---|---|
| Case Name: | HUDSON, WILLIAM CHARLES | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******0167 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4740 |  |  |
| For Period Ending: | 09/16/20 | Blanket Bond (per case limit): | $ 300,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/03/19 |  | Direct Capital | Partial Payment Refund |  |  | -6,358.86 | 6,358.86 |
|  |  | DIRECT CAPITAL | Memo Amount: 6,358.86 | 7100-000 |  |  |  |
| 12/03/19 |  | DISCOVER BANK | Partial Payment Refund |  |  | -879.40 | 7,238.26 |
|  |  | DISCOVER BANK | Memo Amount: 879.40 | 7100-000 |  |  |  |
|  |  |  | Partial Payment Refund |  |  |  |  |
| 12/03/19 |  | Ford Motor Credit Company LLC | PARTIAL PAYMENT REFUND |  |  | -4,758.43 | 11,996.69 |
|  |  | PO Box 62180 |  |  |  |  |  |
|  |  | Colorado Springs, CO 80962 |  |  |  |  |  |
|  |  | FORD MOTOR CREDIT COMPANY LLC | Memo Amount: 1,946.81 | 7100-000 |  |  |  |
|  |  |  | PARTIAL PAYMENT REFUND |  |  |  |  |
|  |  | FORD MOTOR CREDIT COMPANY LLC | Memo Amount: 1,444.18 | 7100-000 |  |  |  |
|  |  |  | PARTIAL PAYMENT REFUND |  |  |  |  |
|  |  | FORD MOTOR CREDIT COMPANY LLC | Memo Amount: 1,367.44 | 7100-000 |  |  |  |
|  |  |  | PARTIAL PAYMENT REFUND |  |  |  |  |
| 12/10/19 |  | Resurgent Capital Services LP | Partial Payment Refund |  |  | -5,738.77 | 17,735.46 |
|  |  | PYOD, LLC ITS SUCCESSORS AND ASSIGN | Memo Amount: 5,738.77 | 7100-000 |  |  |  |
| 12/17/19 |  | SunTrust Bank | partial payment refund |  |  | -2,399.77 | 20,135.23 |
|  |  | Attn. Support Services |  |  |  |  |  |
|  |  | P.O. Box 85092 |  |  |  |  |  |
|  |  | Richmond, VA 23286 |  |  |  |  |  |
|  |  | SUNTRUST BANK | Memo Amount: 2,399.77 | 7100-000 |  |  |  |
|  |  |  | partial payment refund |  |  |  |  |
| 01/10/20 |  | STATE OF LOUISIANA | Partial payment refund |  |  | -1,911.22 | 22,046.45 |
|  |  | STATE OF LOUISIANA | Memo Amount: 1,911.22 | 7100-000 |  |  |  |
|  |  |  | Partial payment refund |  |  |  |  |
| 05/24/20 |  | STEPHEN J. ZAYLER | Reimbursement of Trustee Fees | 2100-000 |  | -8,976.78 | 31,023.23 |
|  |  | P. O. BOX 150743 |  |  |  |  |  |
|  |  | LUFKIN, TX 75915 |  |  |  |  |  |

Page Subtotals       0.00       -31,023.23

Ver: 22.02e

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 16)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-90156 -BP9 | | Trustee Name: | Stephen J. Zayler |
|---|---|---|---|---|
| Case Name: | HUDSON, WILLIAM CHARLES | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0167 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4740 | | | |
| For Period Ending: | 09/16/20 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/20 | | Stripling, Pedersen & Floyd | Partial Payment Refund | | | -8,976.78 | 40,000.01 |
| | | STRIPLING, PEDERSEN & FLOYD | Memo Amount: 8,976.78 | 7100-000 | | | |
| | | | Partial Payment Refund | | | | |
| 08/18/20 | 020001 | Farmers State Bank | Claim 000009, Payment 11.15388% | 7100-000 | | 36,665.38 | 3,334.63 |
| | | P.O. Box 352 | | | | | |
| | | Center, TX 75935 | | | | | |
| 08/18/20 | 020002 | Farmers State Bank | Claim 000010, Payment 11.15392% | 7100-000 | | 898.41 | 2,436.22 |
| | | P.O. Box 352 | | | | | |
| | | Center, TX 75935 | | | | | |
| 08/18/20 | 020003 | Farmers State Bank | Claim 000011, Payment 11.15385% | 7100-000 | | 2,436.22 | 0.00 |
| | | P.O. Box 352 | | | | | |
| | | Center, TX 75935 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 31,023.23 | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 31,023.23 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 31,023.23 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********2199 | 327,241.69 | 327,241.69 | 0.00 |
| | | Checking Account (Non-Interest Earn - ********0167 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 31,023.23 | | 327,241.69 | 327,241.69 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    31,023.23

Ver: 22.02e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-90156 -BP9 | | Trustee Name: | Stephen J. Zayler |
| --- | --- | --- | --- | --- |
| Case Name: | HUDSON, WILLIAM CHARLES | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0167 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4740 | | | |
| For Period Ending: | 09/16/20 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 22.02e