Form ntclndis

# UNITED STATES BANKRUPTCY COURT
Eastern District of Texas

Case No.: 15−90156
Chapter: 7
Judge: Bill Parker

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William Charles Hudson
1212 Pine Shadows
Nacogdoches, Tx 75965

Social Security No.:
xxx−xx−9602

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSING WITHOUT DISCHARGE (CHAPTER 7)

Case closed without discharge. Despite proper notice of the requirement, each Debtor has failed to file Official Form 423 −− Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If a Motion to Reopen the Case is subsequently filed by the Debtor(s) to allow for the filing of Official Form 423, that motion must be accompanied by payment of the required filing fee of $260.00 prior to the reopening of the case. (jj)

Dated: 10/7/20

Clerk, U.S. Bankruptcy Court