Form ntclndis

# UNITED STATES BANKRUPTCY COURT
Eastern District of Texas

Case No.: 15−90156
Chapter: 7
Judge: Bill Parker

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William Charles Hudson
1212 Pine Shadows
Nacogdoches, Tx 75965

Social Security No.:
xxx−xx−9602

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSING WITHOUT DISCHARGE (CHAPTER 7)

Case closed without discharge. Despite proper notice of the requirement, each Debtor has failed to file Official Form 423 −− Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If a Motion to Reopen the Case is subsequently filed by the Debtor(s) to allow for the filing of Official Form 423, that motion must be accompanied by payment of the required filing fee of $260.00 prior to the reopening of the case. (jj)

Dated: 10/7/20

Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Texas

In re:     Case No. 15-90156-bp
William Charles Hudson     Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0540-9     User: admin     Page 1 of 3
Date Rcvd: Oct 07, 2020     Form ID: ntclndsc     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Charles Hudson, 1212 Pine Shadows, Nacogdoches, Tx 75965-3602 |
| cr | + | Alan Doyle Lucas, c/o Stripling, Pedersen & Floyd, PO Box 630870, Nacogdoches, TX 75963-0870 |
| cr | + | Buttery Company, LLP, 201 W. Main, Llano, TX 78643-1995 |
| cr | + | Ford Motor Credit Company LLC, DNT, PLLC, Attn: R. Christopher Naylor, 4801 Woodway, Ste. 420 West, Houston, TX 77056-1884 |
| codb | + | Hudson Acquisitions, Inc., 309 Commerce Street, Nacogdoches, Tx 75961-5245 |
| cr | + | Mark Porter, c/o Stripling, Pedersen & Floyd, PO Box 630870, Nacogdoches, TX 75963-0870 |
| 6959161 | + | 145th State Judicial District Court, 101 West Main Street, Suite 220, Nacogdoches, texas 75961-4886 |
| 6959162 | | 3M Investments No.1 LLC, P.O. Box 635025, Nacogdoches, Texas 75963-5025 |
| 6959163 | | Alan Doyle Lucas, 3554 CR 331, Nacogdoches, Texas 75961-0470 |
| 7047714 | + | Alan Doyle Lucas, c/o Bill Pedersen, PO Box 630870, Nacogdoches, Texas 75963-0870 |
| 6959165 | + | Banker Phares, 8141 Gladys, Suite 102, Beaumont, Texas 77706-8201 |
| 6959164 | + | Banker Phares, Attorney and Counselor at Law, 116 North Fredonia Street, Nacogdoches, Texas 75961-5248 |
| 6959166 | | Bill Pederson, Stripling, Pederson & Floyd, P.O. Drawer 630870, Nacogdoches, Texas 75963-0870 |
| 6959167 | + | Blue Cross Blue Shield, P.O. Box 731428, Dallas, Texas 75373-1428 |
| 6987286 | + | Buttery Company, LLP, 201 West Main, Llano, TX 78643-1995 |
| 6959168 | + | CitiCard, P.O. Box 6500, Sioux Falls, South Dakota 57117-6500 |
| 6959169 | + | Commanche National Bank, 100 East Central, P.O. Box 191, Comanche, Texas 76442-0191 |
| 6960541 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, Dept. 55953, P.O. Box 55000, Detroit, MI 48255 |
| 6974778 | + | Farmers State Bank, P.O. Box 352, Center, TX 75935-0352 |
| 6981291 | + | Farmers State Bank, 115 Shelbyville Street, Center, TX 75935-3955 |
| 6959172 | + | Ford Motor Credit, P.O. Box 542000, Omaha, Nebraska 68154-8000 |
| 6959171 | | Ford Motor Credit, P.O. Box 6508, Mesa, Arizona 85216-6508 |
| 7047721 | + | Mark Porter, c/o Bill Pedersen, Jr., PO Box 630870, Nacogdoches, Texas 75963-0870 |
| 6962075 | + | Santander Consumer USA, 8585 N Stemmons frwy ste #1100-N, Dallas, TX 75247-3822 |
| 6981292 | | Santander USA, PO Box 660633, Dallas, TX 75266-0633 |
| 6959983 | + | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 6959173 | + | Suntrust, P.O. Box 85041, Richmond, Virginia 23285-5041 |
| 6973303 | + | The Comanche National Bank, PO Box 191, Comanche, TX 76442-0191 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: jking@offermanking.com | Oct 08 2020 01:41:00 | Farmers State Bank, c/o James W. King, 6420 Wellington Place, Beaumont, TX 77706-3206 |
| acc | + Email/Text: sandra@ssorrellcpa.com | Oct 08 2020 01:43:00 | Sandra D. Sorrell, 5032 Champions Drive, Lufkin, TX 75901-7346 |
| 7019373 | + Email/Text: B@directcapital.com | Oct 08 2020 01:43:00 | Direct Capital Corp., 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 6959170 | Email/Text: mrdiscen@discover.com | | |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 6964417 | | Email/Text: mrdiscen@discover.com | Oct 08 2020 01:42:00 | Discover, P.O. Box 29033, Phoenix, Arizona 85038-9033 |
| | | | Oct 08 2020 01:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 7638314 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 08 2020 01:42:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia 19101-7346 |
| 6985152 | | Email/Text: LDRBankruptcy.EBN@la.gov | Oct 08 2020 01:41:00 | Louisiana Department of Revenue, Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| 7101805 | | Email/Text: peritus@ebn.phinsolutions.com | Oct 08 2020 01:43:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 7023898 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 01:31:02 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | John Deere Construction & Forestry Company |
| 6981293 | | Direct Capital Corporation, c/o Law Offices of Randal Pratt, One Cate Street |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 6960147 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 7199229 | *+ | Hudson Acquisitions, Inc., 309 Commerce Street, Nacogdoches, TX 75961-5245 |
| 6959174 | ##+ | The Law Office of Stephen Shires PLLC, 123 San Augustine Street, Center, Texas 75935-3951 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bill Pedersen, Jr. | on behalf of Plaintiff Mark Porter billpedersen@striplinglaw.com |
| Bill Pedersen, Jr. | on behalf of Plaintiff Alan Doyle Lucas billpedersen@striplinglaw.com |
| Bill Pedersen, Jr. | on behalf of Creditor Mark Porter billpedersen@striplinglaw.com |

| Name | Details |
|---|---|
| Bill Pedersen, Jr. | on behalf of Creditor Alan Doyle Lucas billpedersen@striplinglaw.com |
| James W. King | on behalf of Creditor Farmers State Bank jking@offermanking.com |
| R. Christopher Naylor | on behalf of Creditor Ford Motor Credit Company LLC kimg@dntlaw.com |
| Sharon H. Sjostrom | on behalf of Creditor John Deere Construction & Forestry Company ssjostrom@blalack.com |
| Stephen J. Zayler | zayler@suddenlinkmail.com szayler@ecf.axosfs.com |
| Stephen J. Zayler | on behalf of Trustee Stephen J. Zayler zayler@suddenlinkmail.com szayler@ecf.axosfs.com |
| Timothy W. O'Neal | on behalf of U.S. Trustee US Trustee Timothy.W.O'Neal@USDOJ.GOV USTPRegion06.TY.ECF@USDOJ.GOV |
| William Stephen Shires | on behalf of Debtor William Charles Hudson stephen@shireslawfirm.com leanne@shireslawfirm.com |

TOTAL: 11